IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

(1) J.M., a minor, c/o KENDALL )
   MILLS )
 )
 )
   Plaintiffs, )
 )
vs. ) Case No. 24-cv-00523-CDL
 )
(1) HERALD ELEMENTARY )
   SCHOOL, )
(2) COLLINSVILLE PUBLIC )
   SCHOOLS, )
(3) DANA KALBE, in her official )
   and individual capacity, and )
(4) JEREMY HOGAN, in his )
   official and individual capacity, )
 )
   Defendants. )

## NOTICE OF REMOVAL

**To the United States District Court for the Northern District of Oklahoma:**

Pursuant to 28 U.S.C. §§ 1441, 1443, 1446, Fed. R. Civ. P. 81, LCvR 81-1, and 81-2, Defendant Independent School District No. 6 of Tulsa County, commonly known as Collinsville Public Schools ("School District") removes this action pending in the District Court for Tulsa County, Oklahoma, to this Court, and accordingly states:

1. An action has been brought by J.M., a minor, c/o Kendall Mills (the "Plaintiff") against Defendants Herald Elementary School, Collinsville Public Schools, Dana Kalbe, and Jeremy Hogan in the District Court of Tulsa County, Oklahoma, styled *J.M., a minor, c/o Kendall Mills v. Herald Elementary School, Collinsville Public Schools, Dana Kalbe in her official and individual capacity, and*

*Jeremy Hogan, in his official and individual capacity,* Case No. CJ-2024-3609 (the "State Court Action").

2. Pursuant to 28 U.S.C. § 116(b), Tulsa County is within the federal judicial district served by the United States District Court for the Northern District of Oklahoma.

3. The School District's first knowledge of the Plaintiff's Petition was upon service of process on October 11, 2024. Plaintiff's Petition asserts claims under the Americans with Disabilities Act [42 U.S.C. §§ 12101 *et seq.*], Section 504 of the Rehabilitation Act [29 U.S.C. § 794], Title VI of the Civil Rights Act of 1964 [42 U.S.C. §§ 2000d *et seq.*], the Equal Protection Clause of the 14th Amendment [42 U.S.C. §1983], and the Individuals with Disabilities Education Act [20 U.S.C. §§ 1400 *et seq,*]. Plaintiff also alleges claims for relief under Oklahoma law.

4. The Notice of Removal is being filed on October 31, 2024, which is within thirty (30) days after receipt by the Defendant School District of Plaintiff's Petition in the State Court Action. This Notice of Removal is, therefore, timely. 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1331, the United States District Court for the Northern District of Oklahoma has original jurisdiction over the Plaintiff's Americans with Disabilities Act, Section 504 of the Rehabilitation Act, Title VI of the Civil Rights Act of 1964, the Equal Protection Clause, and the Individuals with Disabilities Education Act claims against the School District.

6. The United States District Court for the Northern District of Oklahoma also has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over any claims advanced by Plaintiff under Oklahoma law which arise out of the same case or controversy as his federal claims.

7. Pursuant to 28 U.S.C. §§ 1441 and 1443, removal of the State Court Action to the United States District Court for the Northern District of Oklahoma is proper.

8. Further, pursuant to 28 U.S.C. § 1446(b)(2)(A), Defendants Dana Kalbe and Jeremy Hogan advise that they consent to this removal. *See* Consents to Removal, Exhibit 7. Defendant Herald Elementary School, by the Petition's own allegations, is part of the School District, *see* Petition, Exhibit 2 at ¶ 3, and is not a legal entity capable of being sued.

9. All documents filed or served from the State Court Action, along with a copy of the state court docket sheet, are attached to this Notice of Removal and made a part hereof as Exhibits 1 through 6. 28 U.S.C. § 1446(a); LCvR 81-2.

Respectfully submitted,

**ROSENSTEIN, FIST & RINGOLD**

By: *s/ Kent B. Rainey*
Kent B. Rainey, OBA No. 14619
Alison A. Parker, OBA No. 20741
525 South Main, Suite 700
Tulsa, OK 74103
Telephone: (918) 585-9211
Facsimile: (918) 583-5617
borainey@rfrlaw.com
aparker@rfrlaw.com

*Attorneys for Defendant*

### CERTIFICATE OF DELIVERY

☒ I hereby certify that on October 31, 2024, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

Jesse C. Kovacs
jesse@wirthlawoffice.com

Attorney for Plaintiffs

*s/Kent B. Rainey*
KENT B. RAINEY